amount and valuation of personal property and nothing else.. The bar of the statute therefore related only to questions involved in the amount or valuation of personal property and did not apply to taxability. Sec. 71.14 involves the whole assessment, including taxability, and is as broad in its terms as it is possible to make it.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss the complaint.

ELWELL, Respondent, vs. WISCONSIN TAX COMMISSION, Appellant.

*November 12, 1931—February 9, 1932.*

For the appellant there was a brief by the *Attorney General* and *F. C. Seibold,* assistant attorney general, and oral argument by *Mr. Seibold.*

For the respondent there was a brief by *Stephens, Sletteland & Sutherland,* and oral argument by *Perry C. Sletteland* and *Eleanor Louise Jones,* all of Madison.

ROSENBERRY, C. J. The issues presented in this case are the same as those presented in *Whitbeck v. Wisconsin Tax Comm.,* decided herewith (*ante,* p. 58, 239 N. W. 655, 240 N. W. 804). The mandate in this case is the same as the mandate in that case for the reasons there stated.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss the complaint.

HART, Respondent, vs. WISCONSIN TAX COMMISSION, Appellant.

*November 12, 1931—February 9, 1932.*

For the appellant there was a brief by the *Attorney General* and F. C. *Seibold,* assistant attorney general, and oral argument by Mr. *Seibold.*

For the respondent there was a brief by *Stephens, Sletteland & Sutherland,* and oral argument by *Perry C. Sletteland* and *Eleanor Louise Jones,* all of, Madison.

ROSENBERRY, C. J. The issues presented in this case are the same as those presented in *Whitbeck v. Wisconsin Tax Comm.,* decided herewith (*ante,* p. 58, 239 N. W. 655, 240 N. W. 804). The mandate in this case is the same as the mandate in that case for the reasons there stated.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss the complaint.

Ross, Respondent, vs. WISCONSIN TAX COMMISSION, Appellant.

*November 12, 1931—February 9, 1932.*

For the appellant there was a brief· by the *Attorney General* and F. C. *Seibold,* assistant attorney general, and oral argument by Mr. *Seibold.*

For the respondent there was a brief by *Bagley, Spohn, Ross & Stevens* of Madison, and oral argument by *Frank A. Ross.*

ROSENBERRY, C. J. The issues presented in this case are the same as those presented in *Whitbeck v. Wisconsin Tax Comm.,* decided herewith (*ante,* p. 58, 239 N. W. 655, 240 N. W. 804). The mandate in this case is the same as the mandate in that case for the reasons there stated.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss the complaint.

On motions for rehearing there were briefs by *Stephens, Sletteland & Sutherland* of Madison, attorneys for respondents Elwell and Hart, and *Bagley, Spohn, Ross & Stevens* of Madison, attorneys ·for respondents Whitbeck and Ross; by the *Attorney General* and F. C. *Seibold,* assistant attor-